UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| THOMAS RONKE,<br><br>                Plaintiff,<br><br>vs.<br><br>BIOMET ORTHOPEDICS, LLC, BIOMET, INC., BIOMET MANUFACTURING CORP., and BIOMET U.S. RECONSTRUCTION, LLC,<br><br>                Defendants. | 4:18-CV-04136-KES<br><br><br>JUDGMENT |

Under the parties' joint stipulation for dismissal (Docket 19), it is

ORDERED, ADJUDGED, AND DECREED that the above entitled action is dismissed without prejudice and the parties shall bear their own costs, expenses, and attorney fees.

Dated July 24, 2019.

                BY THE COURT:

                /s/ *Karen E. Schreier*
                KAREN E. SCHREIER
                UNITED STATES DISTRICT JUDGE